No. 05–7883. Johnson v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 05–7884. Barrientes v. Texas. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 05–7887. White v. Wayne County Circuit Court Clerks. C. A. 6th Cir. Certiorari denied.

No. 05–7894. Gonzalez v. Justices of the Municipal Court of Boston et al. C. A. 1st Cir. Certiorari denied.

No. 05–7895. Faison v. Florida Parole and Probation Commission et al. C. A. 11th Cir. Certiorari denied.

No. 05–7896. Herbert v. Jones. C. A. 6th Cir. Certiorari denied.

No. 05–7902. Redford v. Lewis. C. A. 11th Cir. Certiorari denied.

No. 05–7903. Redford v. Hamil et al. C. A. 11th Cir. Certiorari denied.

No. 05–7907. Chrispen v. Florida. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05–7908. Diamond v. Money, Warden. C. A. 6th Cir. Certiorari denied.

No. 05–7909. Rubio v. Giurbino, Warden. C. A. 9th Cir. Certiorari denied.

No. 05–7914. Poblah v. Ercole, Superintendent, Green Haven Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 05–7919. Jaakkola v. Gotham et al. C. A. 6th Cir. Certiorari denied.

No. 05–7920. Rodriguez v. Spitzer, Attorney General of New York, et al. C. A. 2d Cir. Certiorari denied.

No. 05–7923. Randle v. California. C. A. 9th Cir. Certiorari denied.